# Third District Court of Appeal

## State of Florida

Opinion filed July 16, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1222
Lower Tribunal No. 22-16743-CA-01
_____

**Jorge Antonioli,**
Appellant,

vs.

**Eyal Galina,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Antonio Arzola, Judge.

Jorge Antonioli, in proper person.

Militzok & Associates, P.A. d/b/a The Mold Lawyers, and Matthew J. Militzok (Plantation), for appellee.

Before SCALES, C.J., and MILLER and GORDO, JJ.

PER CURIAM.

Affirmed.